[No. 5363–II.   Division Two.   March 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
EDWARD RICHARDSON, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7199, William L. Dowell, J., entered February 5, 1981. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[Nos. 5141–II; 5142–II.   Division Two.   March 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
MATZICK, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. VERNON
ROGERS, *Appellant.*

Appeals from judgments of the Superior Court for Jefferson County, Nos. J–1091, J–1090, Tyler C. Moffett, J., entered October 31, 1980. *Dismissed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 5419–II.   Division Two.   March 4, 1982.]

*In the Matter of the Marriage of* EVELYN D.
DAVENPORT, *Respondent, and* ROBERT G.
DAVENPORT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–114759, T. Patrick Corbett, J., entered October 28, 1980. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.